1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ANTHONY R. DELLING #81798
2  725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
3  Telephone: (213) 488-7100
   Facsimile No.: (213) 629-1033
4  anthony.delling@pillsburylaw.com

5  Attorneys for Defendant
   XEROX CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA, | No. CV12-03473 GAF (MRWx) |
| Plaintiff, | [PROPOSED] JUDGMENT FOLLOWING GRANTING OF MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| XEROX CORPORATION, | |
| Defendant. | The Honorable Gary A. Feess |

By its order of March 21, 2013, the Court granted the motion of defendant Xerox Corporation ("Xerox") for summary judgment, after reviewing and considering all papers submitted in support of and in opposition to that motion. Therefore, the Court hereby adjudges and decrees as follows:

1. This action in its entirety is hereby dismissed with prejudice.

2. Plaintiff shall recover no relief of any nature against Xerox.

3. Judgment shall be entered forthwith in favor of Xerox and against plaintiff.

4. Xerox shall recover its costs of suit incurred in this action in the amount of $ <u>ACCORDING TO PROOF</u>.

Dated: <u>March 27</u>, 2013.

*/s/ Gary Feess*

_____
The Honorable Gary A. Feess
United States District Court Judge