1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ANTHONY R. DELLING #81798
2  725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
3  Telephone: (213) 488-7100
   Facsimile No.: (213) 629-1033
4  anthony.delling@pillsburylaw.com

5  Attorneys for Defendant
   XEROX CORPORATION
6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11 MANUEL AYALA,                    ) No. CV12-03473 GAF (MRWx)
                                    )
12              Plaintiff,          ) [PROPOSED] JUDGMENT
                                    ) FOLLOWING GRANTING OF
13       vs.                        ) MOTION FOR SUMMARY
                                    ) JUDGMENT
14 XEROX CORPORATION,               )
                                    )
15              Defendant.          ) The Honorable Gary A. Feess
                                    )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20

21       By its order of March 21, 2013, the Court granted the motion of

22 defendant Xerox Corporation ("Xerox") for summary judgment, after

23 reviewing and considering all papers submitted in support of and in opposition

24 to that motion. Therefore, the Court hereby adjudges and decrees as follows:

25       1.    This action in its entirety is hereby dismissed with prejudice.

26       2.    Plaintiff shall recover no relief of any nature against Xerox.

27

28

1  3.  Judgment shall be entered forthwith in favor of Xerox and against plaintiff.

2  4.  Xerox shall recover its costs of suit incurred in this action in the amount of $ ACCORDING TO PROOF.

Dated: __March 27__, 2013.

*/s/ Gary Feess*

_____
The Honorable Gary A. Feess
United States District Court Judge